

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00010-CV

IN RE VERLEE ALBERT, JR.                                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied as moot.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; WALKER and MEIER, JJ.

DELIVERED:  February 21, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).